1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone:  (916) 554-2797



FILED

OCT 28 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  Cr.S-10-364 MCE |
| Plaintiff, | [PROPOSED] ORDER TO UNSEAL ARREST WARRANTS, INDICTMENT, PETITIONS TO SEAL, ORDERS AND SEALING ORDERS |
| v. | |
| SOHAIL MOHAMMED AMIN, and SAKANDER SULTAN AMIN, | |
| Defendants. | |

**ORDER**

Upon application of the Government, and good cause appearing, IT IS HEREBY ORDERED that the arrest warrants, indictment, petitions to seal, orders, sealing orders, and any other documents sealed pursuant to the Court's August 26, 2010, order in the captioned matter be UNSEALED.

Date: October 28, 2010

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge