```
                                            FILED
                                            November 19, 2010
                                            CLERK, US DISTRICT COURT
                                            EASTERN DISTRICT OF
                                            CALIFORNIA
                                            DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:10CR00364-MCE-1
           Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
SOHAIL MOHAMMED AMIN, )
)
           Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SOHAIL MOHAMMED AMIN , Case No. 2:10CR00364-MCE-1 , Charge  21USC § 846 and 841(a)(1); 21USC § 853(a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

__   Unsecured Appearance Bond

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

✔   (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 19, 2010  at  2:00 pm .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court