Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Sohail Amin

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAKANDER AMIN and SOHAIL AMIN,<br><br>        Defendants. | Case No: 2:10-cr-00364-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Date: 1-27-2011**<br>**Time: 9 a.m.**<br>**Crtrm: Honorable MORRISON C. ENGLAND JR.** |

Defendants, through their undersigned counsel of record and plaintiff United States of America, through its counsel, Assistant United States Attorney Michael Beckwith, agree and stipulate that the current status conference set for January 27, 2011 at 9:00 a.m., in the above case shall be re-scheduled for March 3, 2011 at 9:00 a.m., to allow more time for defense to counsel to review discovery. The continuance will allow the defense to review the discovery in the case and thus be in a better position to advise the court of the status of the case at the March 3, 2011 court date.

The parties further agree and stipulate that under 18 U.S.C. §3161( h) (7) (B) (iv), and Local Code T4, time from the date of this stipulation shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act until and including, March 3, 2011, for counsel preparation time and to permit the parties to further investigate, review and complete the exchange of discovery, and prepare the case for further proceedings.

///

The parties further agree and stipulate that that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court is advised that counsel have conferred about this request, that they have agreed on the March 3, 2011, date, and all counsel have authorized Mr. Hanly to sign this stipulation on their behalf.

Dated:  January 25, 2011          /s/ Thomas Johnson
                                  Attorney for Defendant
                                  Sakander Amin

Dated:  January 25, 2011          /s/ Patrick K. Hanly
                                  Attorney for Defendant
                                  Sohail Amin

                                  UNITED STATES ATTORNEY

Dated:  January 25, 2011    by:   /s/ Michael Beckwith
                                  Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny both counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

DATED: January 31, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE