```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   ) No. 2:10-CR-00364-MCE
                                )
12              Plaintiff,      ) STIPULATION AND ORDER
                                ) RESETTING STATUS CONFERENCE
13       v.                     ) AND EXCLUDING TIME UNDER
                                ) THE SPEEDY TRIAL ACT
14                              )
    SOHAIL MOHAMMAD AMIN, and   )
15  SAKANDER SULTAN AMIN        )
                                )
16              Defendants.     )
    _____)
17
```

18     The United States of America, through its counsels of record,
19 Benjamin B. Wagner, United States Attorney for the Eastern District
20 of California, and Michael M. Beckwith, Assistant United States
21 Attorney, defendant Sohail Mohammed Amin, through his counsel of
22 record, Patrick Hanly, Esq., and defendant Sakander Sultan Amin
23 through his counsel of record, Thomas Johnson, Esq., hereby
24 stipulate and agree that the status conference set for June 9, 2011,
25 be continued to June 23, 2011, at 9:00 a.m.

26     The parties need additional time for preparation.  Therefore,
27 the parties have agreed and respectfully request that the Court set
28 the date of June 23, 2011, at 9:00 a.m., for the status conference.

1

1  Accordingly, the parties stipulate that time be excluded
2 pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
3 States Code section 3161(h)(7)(B)(iv), to give the defendant time to
4 further review the discovery and to adequately prepare
5 IT IS SO STIPULATED.

            BENJAMIN B. WAGNER
            United States Attorney

Dated: June 6, 2011   By: /s/ Michael M. Beckwith
            MICHAEL M. BECKWITH
            Assistant U.S. Attorney
            Attorney for Plaintiff

DATED: June 6, 2011   By: /s/ Patrick K. Hanly
            PATRICK K. HANLY
            Attorney for Defendant
            SOHAIL MOHAMMED AMIN

DATED: June 6, 2011   By: /s/ Thomas Johnson
            THOMAS JOHNSON
            Attorney for Defendant
            SAKANDER SULTAN AMIN

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including June 23, 2011.

**IT IS SO ORDERED.**

Dated: June 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE