```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00364-MCE |
| Plaintiff, | STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SOHAIL MOHAMMAD AMIN, and SAKANDER SULTAN AMIN | |
| Defendants. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Sohail Mohammed Amin, through his counsel of record, Patrick Hanly, Esq., and defendant Sakander Sultan Amin through his counsel of record, Thomas Johnson, Esq., hereby stipulate and agree that the status conference set for June 23, 2011, be continued to July 7, 2011, at 9:00 a.m.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of July 7, 2011, at 9:00 a.m., for the status conference.

1  Accordingly, the parties stipulate that time be excluded
2  pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
3  States Code section 3161(h)(7)(B)(iv), to give the defendant time to
4  further review the discovery and to adequately prepare
5  IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: June 21, 2011              By:   /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DATED: June 21, 2011              By:   /s/ Patrick K. Hanly
                                        PATRICK K. HANLY
                                        Attorney for Defendant
                                        SOHAIL MOHAMMED AMIN

DATED: June 21, 2011              By:   /s/ Thomas Johnson
                                        THOMAS JOHNSON
                                        Attorney for Defendant
                                        SAKANDER SULTAN AMIN

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including July 7, 2011.

**IT IS SO ORDERED.**

Dated: June 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE