THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:10-CR-00364-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) RESETTING STATUS CONFERENCE |
|  | ) AND EXCLUDING TIME UNDER |
| SOHAIL AMIN, and | ) THE SPEEDY TRIAL ACT |
| SAKANDER AMIN, | ) |
|  | ) Date:      September 1, 2011 |
| Defendant(s). | ) Time:      9:00 a.m. |
|  | ) Judge:    Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for July 28, 2011, at 9:00 a.m., is continued to September 1, 2011, at 9:00 a.m., in the same courtroom. Michael M. Beckwith, Assistant U.S. Attorney, Thomas A. Johnson, Attorney for Defendant Sakander Amin, and Cristina C. Arguedas, Attorney for Defendant Sohail Amin, all agree to this continuance.

It is further stipulated that the period from the date of this stipulation through and including September 1, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 USC 3161(h)(7)(a) and (b)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

///

///

///

STIPULATION AND ORDER         - 1 -

| | | | |
|---|---|---|---|
| 1 | DATED: July 21, 2011 | By: | /s/ Thomas A. Johnson |
| 2 | | | THOMAS A. JOHNSON<br>Attorney for Defendant<br>SAKANDER AMIN |
| 3 | | | |
| 4 | DATED: July 21, 2011 | By: | /s/ Cristina C. Arguedas |
| 5 | | | CRISTINA C. ARGUEDAS<br>Attorney for Defendant<br>SOHAIL AMIN |
| 6 | | | |
| 7 | DATED: July 21, 2011 | | BENJAMIN WAGNER<br>United States Attorney |
| 8 | | By: | /s/ Michael M. Beckwith |
| 9 | | | MICHAEL M. BECKWITH<br>Assistant U.S. Attorney |

**IT IS HEREBY ORDERED.**

It is ordered that the July 28, 2011, status conference shall be continued until September 1, 2011, at 9:00 a.m. It Is further ordered that the time from the date of the parties' stipulation, July 22, 2011, to and including September 1, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) T4 (reasonable time for both counsel to prepare). The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

DATED: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE