Cristina C. Arguedas (CSB 87787)
Daniel C. Roth (CSB 270569)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

*Attorneys for Sohail Amin*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOHAIL AMIN and<br>SAKANDER AMIN,<br><br>　　　　　　Defendants. | No. 2:10-CR-00364-MCE<br><br>**STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: October 13, 2011<br>Time: 9:00 a.m.<br>Courtroom 7<br>Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference currently set for September 1, 2011, at 9:00 a.m., be continued to October 13, 2011, at 9:00 a.m., in the same courtroom, and that the time beginning September 1, 2011 and extending through October 13, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the interests of justice are served by the exclusion of time, which will give counsel for each defendant reasonable time necessary for effective preparation, taking into account the exercise of

**STIPULATION AND ORDER**
*United States v. Sohail Amin and Sakander Amin*, No. 2:10-CR-00364-MCE　　　　　1

due diligence. 18 USC 3161(h)(7)(a) and (b)(iv) and Local T4. Michael M. Beckwith, Assistant U.S. Attorney, Thomas A. Johnson, Attorney for Defendant Sakander Amin, and Cristina C. Arguedas, Attorney for Defendant Sohail Amin, all agree to this continuance.

Both defendants have recently received approximately 1,000 pages of discovery from the government, with additional discovery still forthcoming. As such, the attorneys for each defendant need more time to prepare, which will include reviewing discovery, discussing that discovery with their respective clients, considering new evidence that may affect the disposition of their respective cases, conducting necessary legal research and investigation, and then discussing with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 USC 3161(h)(7)(a) and (b)(iv) and Local T4 (reasonable time for preparation of counsel).

**IT IS SO STIPULATED.**

DATED: August 30, 2011     By: /s/ Thomas A. Johnson_____
                           THOMAS A. JOHNSON
                           Attorney for Defendant
                           SAKANDER AMIN

DATED: August 30, 2011     By: /s/ Cristina C. Arguedas_____
                           CRISTINA C. ARGUEDAS
                           Attorney for Defendant
                           SOHAIL AMIN

DATED: August 30, 2011     BENJAMIN WAGNER
                           United States Attorney

                           By: /s/ Michael M. Beckwith_
                           MICHAEL M. BECKWITH Assistant U.S. Attorney

**STIPULATION AND ORDER**
*United States v. Sohail Amin and Sakander Amin*, No. 2:10-CR-00364-MCE          2

**ORDER**

For the reasons stated above, the status conference in this matter, currently September 1, 2011, is continued to October 12, 2011 at 9:00 a.m.; and the time beginning, September 1, 2011, and extending through October 12, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation and plea negotiations. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C.§ 3161 (h)(7)(a) and  (b)(iv).

IT IS SO ORDERED.
September 1, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER**
*United States v. Sohail Amin and Sakander Amin*, No. 2:10-CR-00364-MCE          3