```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>SOHAIL MOHAMMAD AMIN,<br><br>               Defendant. | CR S-2:10-0364 MCE<br><br>AMENDED STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Sohail Mohammed Amin, through his counsel of record, Daniel Roth, Esq., hereby stipulate and agree that the status conference set for October 13, 2011, be continued to November 10, 2011.

    The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of November 10, 2011, for the status conference.

///

1

1  Accordingly, the parties stipulate that time be excluded
2  pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United
3  States Code section 3161(h)(7)(B)(iv), to give the defendant time to
4  further review the discovery and to adequately prepare
5  IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: October 18, 2011          By: /s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

DATED: October 18, 2011          By: /s/ Daniel Roth
                                 DANIEL ROTH
                                 Attorney for Defendant
                                 SOHAIL MOHAMMED AMIN

2

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

Pursuant to the parties' stipulation, the Court finds excludable time as set forth above to and including November 10, 2011.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The Court specifically finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE