Cristina C. Arguedas (CSB 87787)
Daniel C. Roth (CSB 270569)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

*Attorneys for Sohail Amin*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00364-MCE |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **RESETTING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME UNDER THE** |
| | ) **SPEEDY TRIAL ACT** |
| SOHAIL AMIN, | ) |
| | ) |
| Defendant. | ) Date: April 5, 2012 |
| | ) Time: 9:00 a.m. |
| | ) Courtroom 7 |
| | ) Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the March 8, 2012 Status Conference in the above-captioned matter be set for 9:00 a.m. on April 5, 2012, in the same courtroom, and that the time beginning March 8, 2012, and extending through April 5, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the interests of justice are served by the exclusion of time, which will provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the receipt from the government of additional discovery on February 29, 2012.  18 USC

3161(h)(7)(a) and (b)(iv) and Local T4.  Defense counsel will need more time to prepare, which will include reviewing the new discovery, discussing that discovery with the defendant, considering new evidence that may affect the disposition of the case, conducting necessary legal research and investigation, and then discussing with the defendant how to proceed.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 USC 3161(h)(7)(a) and (b)(iv) and Local T4 (reasonable time for preparation of counsel).  Michael M. Beckwith, Assistant U.S. Attorney, and Cristina C. Arguedas, Attorney for Defendant Sohail Amin, agree to this continuance.


**IT IS SO STIPULATED.**


DATED: March 6, 2012          By: /s/ Cristina C. Arguedas_____
                              CRISTINA C. ARGUEDAS
                              Attorney for Defendant
                              SOHAIL AMIN

DATED: March 6, 2012          BENJAMIN WAGNER
                              United States Attorney

                              By: /s/ Michael M. Beckwith_
                              MICHAEL M. BECKWITH Assistant U.S. Attorney


**IT IS SO ORDERED.**


Dated:  March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE