Cristina C. Arguedas (CSB 87787)
Julie A. Salamon (CSB 214298)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA  94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Attorneys for Sohail Amin*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-00364-MCE |
| Plaintiff, | ) ) ) | **ORDER GRANTING DEFENDANT SOHAIL AMIN'S UNOPPOSED MOTION RESETTING SENTENCING HEARING** |
| v. | ) ) | |
| SOHAIL AMIN, | ) ) | Date: July 12, 2012 |
| Defendant. | ) ) ) ) | Time: 9:00 a.m. Courtroom 7 Hon. Morrison C. England |

Good cause appearing, the sentencing hearing currently scheduled for July 12, 2012 at 9:00 a.m. shall be continued to August 30, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1