**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California | **RE:** **Sohail Mohammed AMIN**<br>Docket Number:  **2:10CR00364-01**<br><u>**REQUEST TO AMEND JUDGMENT**</u> |

Your Honor:

On November 16, 2012, Sohail Mohammed Amin was sentenced following his conviction for 18 USC 4 - Misprision of a Felony.  His sentence included 18-months custody of the Bureau of Prisons followed by 12 months Supervised Release.  He released from custody on February 28, 2014.

At the time of sentencing, the mandatory $100 special assessment was not included on the Judgment (the Criminal Monetary Penalties page was missing), therefore, there are no financial penalties reflected on the Judgment.  For purposes of clarity, the Probation Officer humbly requests the original Judgment be amended to add this requirement, if so supported by the Court's Order.

This is respectfully submitted for Your Honor's review and direction.

Respectfully submitted,

/s/ Laura Weigel

**Laura Weigel**
**United States Probation Officer**

RE: **Sohail Mohammed AMIN**
   **Docket Number:   2:10CR00364-01**
   **REQUEST TO AMEND JUDGMENT**

Dated:   May 2, 2014
         Modesto, California
         LW/lr

                              /s/ Jack C. Roberson
**REVIEWED BY:**    **Jack C. Roberson**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒ Approved – Judgment to be amended to include the mandatory $100 special assessment.

☐ Disapproved – Probation Officer to contact the Court.

Dated:  May 19, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

cc:   Michael M. Beckwith
      Assistant United States Attorney

      Cristina C. Arguedas
      Defense Counsel (Retained)