UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                              RE:  **Sohail Mohammed AMIN**
                                    **Docket Number:  2:10CR00364-01**
                                    <u>**NOTICE OF TOLLING TIME**</u>

Your Honor:

On November 16, 2012, Sohail Mohammed Amin was sentenced following his conviction for 18 USC 4 - Misprision of a Felony.  His sentence included 18-months custody of the Bureau of Prisons followed by 12 months Supervised Release.  He released from custody on February 28, 2014, and is scheduled to naturally terminate Supervised Release on February 27, 2015.

On November 20, 2014, Mr. Amin was sentenced in the Northern District of Texas, Dallas Division, following his conviction for a violation of 18 USC 371 & 201(b)(1)(A) and (C) - Conspiracy to Bribe Public Officials in Docket Number 3:13CR00417-01.  Mr. Amin was ordered to serve a 42-month term of imprisonment followed by a 2-year term of Supervised Release.  Mr. Amin voluntarily surrendered himself to begin serving his sentence on January 13, 2015.

Pursuant to 18 USC 3624(e) - a term of Supervised Release does not run during any period in which the person is imprisoned in connection with a conviction for a Federal, State, or Local crime unless the imprisonment is for a period of less than 30 consecutive days.

Based on the above, the remaining 45 days of supervised release would commence upon his release from the Bureau of Prisons.  This is respectfully submitted for Your Honor's awareness that time will be tolled accordingly.

                                  Respectfully submitted,

                                  /s/ Laura Weigel

                                  **Laura Weigel**
                            **United States Probation Officer**

RE: **Sohail Mohammed AMIN**
    **Docket Number: 2:10CR00364-01**
    **NOTICE OF TOLLING TIME**

Dated:  January 26, 2015
        Modesto, California
        LW/lr

                           /s/ Jack C. Roberson
**REVIEWED BY:**   **Jack C. Roberson**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒ Approved – Term of Supervised Release to be tolled accordingly.

☐ Disapproved – Probation Officer to contact the Court.

| **Date** | **Honorable Morrison C. England, Jr.** |
| | **Chief United States District Judge** |

Dated: January 26, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

cc:  Michael M. Beckwith
     Assistant United States Attorney

     Cristina C. Arguedas
     Defense Counsel (Retained)